**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-00065-PAB

REYNOLDS L. FLORES,

      Petitioner,

v.

JOHN D. CHAPDELAINE, Acting Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order Of Dismissal of Judge Philip A. Brimmer entered on November 20, 2012 (Doc #30) it is

      ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [Doc #5] filed February 15, 2012, is denied.  It is

      FURTHER ORDERED that this action is dismissed with prejudice; and that each party shall bear his own costs and attorney's fees.

      Dated at Denver, Colorado this 20th day of November, 2012.

      FOR THE COURT:
      JEFFREY P. COLWELL, CLERK

      s/Edward P. Butler
      _____
      Edward P. Butler, Deputy Clerk